# CIVIL TRIAL

CASE NO:   CIV-20-674-PRW                                                                       DATE:   2/21/2023

STYLE:            Midcon Data Services LLC v. Ovintiv Mid-Continent Inc. et al

PROCEEDINGS:                  Non-Jury Trial  Begins

COMMENCED:  10:00 a.m.        ENDED:   12:00 p.m.       TOTAL TIME:  5 hours - 00 minutes
COMMENCED:   1:00 p.m.        ENDED:    4:00 p.m.

JUDGE: PATRICK R. WYRICK    DEPUTY: KATHY SPAULDING    REPORTER: EMILY CRIPE

PLF COUNSEL: Leif Swedlow, Terry Stokes
DFT COUNSEL: David Holman, Jodi Cole, Timothy Bomhoff

ENTER:  ☒ Parties announce ready.

Rule invoked on motion of  Plf ☐  Dft ☒ ;    ☒ Plf   ☒ Dft  make opening statement.

Plaintiff presents case in chief with testimony of witnesses.

| WITNESSES FOR PLAINTIFF: | WITNESSES FOR DEFENDANT: |
|---|---|
| 1. Darren Helm (sworn) | 1. |
| 2. Randal Allen (sworn) | 2. |
| 3. | 3. |
| 4. | 4. |

Plf's Exhibits admitted:  1-20, 22, 27-31, 33-35, 37, 40, 43-45, 49-54, 58-75, 95, 96, 120, 140-160, 47

Dft's Exhibits admitted:  1, 2, 4, 8, 9, 15-22, 24-30, 40

Court adjourns to:   Wednesday, February 22, 2023 at 9:00 a.m.