# CIVIL TRIAL

CASE NO:   CIV-20-674-PRW                                                    DATE:   2/22/2023

STYLE:           Midcon Data Services LLC v. Ovintiv Mid-Continent Inc. et al

PROCEEDINGS:                    Non-Jury Trial Cont'd

COMMENCED:  9:00 a.m.        ENDED:  12:10 p.m.        TOTAL TIME:  7 hours – 15 minutes
COMMENCED:  1:30 p.m.        ENDED:  5:30 p.m.

JUDGE: PATRICK R. WYRICK    DEPUTY: KATHY SPAULDING    REPORTER: EMILY CRIPE

PLF COUNSEL:  Leif Swedlow, Terry Stokes
DFT COUNSEL:  David Holman, Jodi Cole, Timothy Bomhoff

ENTER:   ☒ Parties announce ready.

Plaintiff Continues case in chief with testimony of witnesses.

WITNESSES FOR PLAINTIFF:
1. Randal Allen (previously sworn)
2. Stacy Doss (sworn)
3.
4.

WITNESSES FOR DEFENDANT:
1.
2.
3.
4.

Christina Nuta presented to Court via deposition testimony through designated deposition transcript.  The parties submit to the Court the transcript of witness Nuta's testimony, which will be filed as a court's exhibit.

Plf's Exhibits admitted:   21, 77, 78, 76, 30R, 41

Dft's Exhibits admitted:   36(redacted version)

The Court grants plaintiff's request and takes judicial notice of plaintiff's exhibit 23 and plaintiff's exhibit 56, as set out in the record.

Plaintiff Rests.        Defendant's Motion for Directed Verdict (Rule 50 Motion) is taken under advisement.

Court adjourns to: Thursday, February 23, 2023 at 9:00 a.m.