# CIVIL TRIAL

CASE NO:   CIV-20-674-PRW                                                                         DATE:   2/23/2023

STYLE:                    Midcon Data Services LLC v. Ovintiv Mid-Continent Inc. et al

PROCEEDINGS:                          Non-Jury Trial  Cont'd

COMMENCED:  9:00 a.m.         ENDED:    9:40 a.m.              TOTAL TIME:  40 minutes
COMMENCED:                          ENDED:

JUDGE: <u>PATRICK R. WYRICK</u>   DEPUTY: <u>KATHY SPAULDING</u>   REPORTER: <u>EMILY CRIPE</u>

PLF COUNSEL:  Leif Swedlow, Terry Stokes
DFT COUNSEL:  David Holman, Jodi Cole, Timothy Bomhoff

<u>ENTER:  Parties announce ready. After hearing from counsel, the Court will stay the trial of this matter until ruling on the defendant's Motion for Judgment as a matter of law.</u>